"A"

In the United States District Court

For the District of Rhode Island
(Form mailed 22 Apr ,2005 )

GERALD M. BROWN JR

/Enter above the full name of the plaintiff or plaintiffs in this action. /

[redacted] 05 184ML

v.-

Civil Action No. ____________

ASHBEL T. WALL
ANTHONY CAPRARO
RANDALL WHITE
CATHRINE GIBRAN
JOSEPH SMITH
MARK SMITH
JUDITH CROWELL

/Enter above the full name of the defendant or defendants in this action/

1.- Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

Yes /X/ No / /

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit

Plaintiffs: GERALD M. BROWN JR

Defendants: ASHBEL T. WALL

2. Court /if federal court, name the district; if state court, name the county/: PROVIDENCE, RHODE ISLAND SUPERIOR COURT

SEE PAGE 2-A

3. Docket number: PM/00-2027

4. Name judge to whom case was assigned: PROCACCINI,J

5.- Disposition /for example: Was the case dismissed? Was it appealed? Is it still pending?/: DISMISSED SUMMARILY APPEALED UNDER DIFFERENT REASONS,(due to recent R.I. Supreme court decision) STILL PENDING.

6. Approximate date of filing law suit: 18 APR. 2000, amended to include present argument 11 JULY 2003

7. Approximate date of disposition: 21 JULY 2004

II. Place of Present Confinement: R.I. DEPT. OF CORRECTIONS CRANSTON RHODE ISLAND 02920

A. Did you present the facts relating to your complaint to The Warden or any of the prison officials?

Yes / X / No / /

B. If your answer is YES:

1. What steps did you take? PROPERLY FILLED OUT POST CONVICTION RELIEF APPLICATION WHEN INFORMED OF ORIGINAL INDICTMENT WHEN IT WAS DELIVERED BY U.S. MAIL ON 21 JUNE 2003.

2. What was the result? POST CONVICTION APPLICATION WAS DISMISSED SUMMARILY.

C. If your answer is NO, explain why not: ______

III. Parties

/In item A below, place your name in the first blank. Do the same for additional plaintiffs, if any./

A. Name of plaintiff ASHBEL T. WALL, DIRECTOR OF RHODE ISLAND ADULT CORRECTIONAL INSTITUTION CRANSTON, R.I.

/ In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, position, and places of employment of any additional defendants./

B. Defendant ANTHONY CAPRARO is employed as PUBLIC DEFENDER FOR THE STATE OF R.I. at PROVIDENCE SUPERIOR COURT HOUSE

C. Additional Defendants: RANDALL WHITE, SPECIAL ASSISTANT ATTORNEY GENERAL FOR THE STATE OF R.I.

1A. GERALD M. BROWN JR. V. A. T. WALL
2A.RHODE ISLAND DISTRICT COURT 42 USCS § 2254

3A. CA.04-362A

4A. WILLIAM E. SMITH

5A. DISMISSED THEN APPEALED UNDER 2244(b) TO THE FIRST CIRCUIT.

6A. 1) § 2254 26 OCT. 2004
2) § 2244 10 DEC. 2004

III. PARTIES:

D. CATHRINE GIBRAN, PUBLIC DEFENDER FOR THE STATE OF R.I. UNDER THE APPELLATE DIVISION

E. JOSEPH SMITH APPOINTED PRIVATE ATTORNEY FOR THE POST CONVICTION RELIEF: THEN APPOINTED TO THE RHODE ISLAND CHILD ADVOCACY

F. MARK SMITH APPOINTED BY THE COURT PRIVATE ATTORNEY

G. JUDITH CROWELL APPOINTED BY THE COURT PRIVATE ATTORNEY FOR THE SECOND POST CONVICTION RELIEF (FIRED)

IV. Statement of Claim

State here as briefly as possible the facts of your case. Discribe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. /Use as much space as you need. Attach extra sheet if necessary./

1) DEFENDANT ASHBEL T. WALL IS ILLEGALLY HOLDING PLAINTIFF UNDER COLOR OF STATE LAW (FALSE IMPRISONMENT), DUE TO CONSPIRACY OF STATE SPECIAL ATTORNEY GENERAL'S FRAUDULENT INDICTMENT ' BEYOND THE STATUTE OF LIMITATIONS' MALICIOUSLY AND WITH FORETHOUGHT TO BIAS ALL DEFENDANTS WITH CHILD MOLESTATION CHARGES AFTER THE 1988 CHANGES TO THE 'STATUTE OF LIMITATIONS LAW'REPRESENTED BY THE R.I. PUBLIC DEFENDERS.

2) DEFENDANT ANTHONY CAPRARO DID WHETHER KNOWINGLY OR UNKNOWINGLY CONSPIRE WITH THE R.I. SPECIAL ATTORNEY GENERAL (DEFENDANT #3) TO ALLOW FRAUDULENT INDICTMENT CLEARLY BEYOND THE STATUTE OF LIMITATIONS TO STAND UNCHALLENGED AGAINST THE PLAINTIFF AS THE PLAINTIFF'S COUNSEL.

3) DEFENDANT RANDALL WHITE DID PRESENT WITH MALICIOUS AND FORE-THOUGHT, CONTRARY TO HIS OATH OF OFFICE AND DUTY, A FRAUDULENT INDICTMENT CLEARLY BEYOND THE R.I. STATUTE OF LIMITATIONS BE-CAUSE OF HIS BIAS AGAINST ALL CHILD MOLESTATION DEFENDANTS, HE DID USE HIS OFFICE UNDER THE COLOR OF STATE LAW TO DENY THE PLAINTIFF EQUAL PROTECTION OF THE LAW AND DID PRESS THE R.I. PUBLIC DEFENDERS TO ACCEPT THE UNLAWFUL INDICTMENT AFTER THE 1988 CHANGE IN THE R.I. STATUTE OF LIMITATIONS LAW.

SEE EXTRA PAGE...

V. Relief

State briefly exactly what you want the court to do for you.

Make no legal arguments. Cite no cases or statutes.

A) $ 150.00 A DAY FOR EACH AND EVERY DAY PLAINTIFF WAS ILLEGALLY IMPRISONED WITH INTEREST FROM EACH DEFENDANT FOR PUNITIVE DAMAGE,

B) $150.00 DOLLARS A DAY FOR EACH AND EVERY DAY PLAINTIFF WAS ILLEGALLY IMPRISONED WITH INTEREST FROM EACH DEFENDANT FOR COMPENSATORY DAMAGES,

C) AND WHATEVER OTHER DAMAGES AND/OR RELIEF THE COURT DEEMS APPROPRIATE.

IV. STATEMENT OF CLAIM

4) DEFENDANT CATHRINE GIBRAN DID KNOWINGLY OR UNKNOWINGLY WILLFULLY EXTEND TO COVER BOTH HER FELLOW WORKER AND THE SPECIAL ATTORNEY GENERAL ( DEFENDANT #3) IN THIS DELIBERATE BIAS AGAINST ALL CHILD MOLESTATION CASES BY NOT APPEALLING THE INDICTMENT.

5) DEFENDANT JOSEPH SMITH DID WILLFULLY, KNOWINGLY OR UNKNOWINGLY EXTEND THE CONSPIRACY TO COVER UP THE R.I. SPECIAL ATTORNEY GENERAL'S BIAS AGAINST THE PLAINTIFF IN HIS NOT CHALENGING THE ILLEGAL INDICTMENT DURING HIS DEFENSE OF THE PLAINTIFF'S POST CONVICTION RELIEF APPLICATION WHEN APPOINTED BY THE COURT FROM THE LIST THAT MOSTLY IS COMPRISED OF EX R.I. PUBLIC DEFENDERS AND EX R.I. PROSECUTORS, WHOM WAS AFTER THE DIS-MISSAL OF THE POST CONVICTION WAS APPOINTED TO THE R.I. CHILD ADVOCACY POST OF R.I. FAMILY COURT.

6) DEFENDANT MARK SMITH DID WILLFULLY, KNOWINGLY OR UNKNOWINGLY EXTEND THE CONSPIRACY TO COVER UP THE R.I. SPECIAL ATTONEY GENERAL'S BIAS AGAINST ALL DEFENDANTS OF CHILD MOLESTAION CASES REPRESENTED BY THE R.I. PUBLIC DEFENDERS OFFICE, IN NOT CHALLENGING THE ILLEGAL INDICTMENT IN HIS APPOINTED REPRESENTATION OF THE PLAINTIFF IN THE APPEAL OF THE POST CONVICTION RELIEF FROM THE COURT LIST OF MOSTLY EX R.I. PUBLIC DEFENDERS AND EX R.I. PROSECUTORS.

7) DEFENDANT JUDITH CROWELL DID WILLFULLY, KNOWINGLY OR UNKNOW-INGLY EXTEND THE CONSPIRACY TO COVER UP THE R.I. SPECIAL ATTORNEY GENERAL'S BIAS AGAINST ALL DEFENDANTS OF CHILD MOLESTATION CASES IN NOT CHALLENGING THE ILLEGAL INDICTMENT IN THE PLAINTIFF'S SECOND POST CONVICTION RELIEF APPLICATION AFTER BEING APPOINTED BY THE COURT TO REPRESENT THE PLAINTIFF FOR HIS SECOND POST CONVICTION RELIEF FROM THE COURT LIST THAT HAS MOSTLY EX R.I. PUBLIC DEFENDERS AND EX R.I. PROSECUTORS.

VI. NOTE: Should you fail to execute and return this form within ten days from the date of mailing as recorded on page 1, this Court will conclude you have abandoned your claim and will dismiss your petition.

Signed this 25 day of Apr, 2005

GERALD M. BROWN JR., PRO-SE
#71461, FL-39, P.O. BOX 8274
CRANSTON, R.I. 02920

/Signature of plaintiff or XXXXXXXXXX/

VERIFICATION

State of RHODE ISLAND )
)
County of PROVIDENCE )

GERALD M. BROWN JR., being first duly sworn, under oath, says: that he is the plaintiff in this action and knows the contents of the above complaint; that it is true of his own knowledge, exceptas to those matters that are stated in it on his information and belief; and as to those matters, he believes them to be true.

/Signature of plaintiff
GERALD M. BROWN JR., PRO-SE
#71461, FL-39, P.O. BOX 8274
CRANSTON, R.I. 02920

Subscribed and sworn to before me this 25th day of April, 2005.

Exp: 5/31/05
/Notary Public or other person authorized by law to administer an oath/