UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

GERALD M. BROWN JR.

V. CA. 05-184ML

A.T. WALL ET.AL.

**ACCEPTANCE AND OBJECTION TO**

**MAGISTRATES REPORT AND RECOMMENDATION**

Plaintiff, Gerald M. Brown Jr., does hereby aver to specific acceptance and objection to Magistrates Report and Recommendation received by plaintiff on 18 May 2005.

In plaintiff's acceptance, he does concede to the Magistrates directions to Section 28 U.S.C. § 1915(e)(2), but, only as to the plaintiff's Section 42 U.S.C. § 1983 actionable part to his complaint. In this avenue the Magistrate does seem to be correct, by the out dated Federal Law Books available in the A.C.I. Medium I Law Library, to the plaintiff.

In objection, the plaintiff does argue that nowhere in 28 U.S.C. § 1915 does it allow for the dismissal of the plaintiff's Section 42 U.S.C. § 1985 actionable part to his complaint as to the conspiracy by the defendants and requests this court to reject the Magistrate's Recommendation to dismiss the whole complaint and allow the plaintiff to continue in his § 1985 action devoid of the § 1983 aspects, and asks that this court please note that in section V Relief on the complaint does state... C). and whatever other damages and/or relief the court deems appropriate. Plaintiff does ask this court for any non-monetary compensation as the plaintiff is Pro-Se and is not an attorney nor a legal aide and has had no formal legal training. But, is just trying to right the wrongs committed against him by the defendants as best he is able,

4

asks court for any Pro-Se benefit of doubt.

Plaintiff has come across one and only one reference to §§ 1985, 1986 actions in the Section 28 U.S.C. § 1915 Federal statutes, but, in said case was directed to the fact that no complaint of conspiracy was avered by the plaintiff in his action.

---

**Wherefore**, the plaintiff asks this court to drop the § 1983 aspect of his complaint so that only the § 1985 aspects are allowed to move forward and not to accept the Magistrates Recommendation to dismiss the entire complaint arbitrarily. The plaintiff also asks this court for an order, to the Rhode Island Department of Corrections Inmate Accounts, for withdrawal of the needed court fee from his frozen or encumbered account.

19 May 05
Date

Respectfully Submitted,

Gerald M. Brown Jr., Pro-Se
#71461, FL-39, P.O. Box 8274
Cranston, R.I. 02920

**CERTIFICATION**

Plaintiff, Gerald M. Brown Jr., does hereby certify that one true copy of this motion was sent to each of the defendants by First Class U.S. Mail to; Ashbel T. Wall 40 Howard Ave. Cranston, R.I. 02920, Anthony Capraro 100 North Main Str. Providence, R.I. 02903, Randall White 150 South Main Str. Providence, R.I. 02903, Cathrine Gibran 100 North Main Str. Providence, R.I. 02903, Mark Smith Park Square Place, 176 Eddie Dowling Highway, Suite 202 North Smithfield, R.I. 02896, Joseph V. Smith R.I. Family Court, Office of Juvenile Case Mgt., J.J. Garrahy Judicial Complex, One Dorrance Plaza, Providence, R.I. 02903, Judith Crowell 72 Pine Str., 2nd Flr. Providence, R.I. 02903 on this the 19 day of MAY 2005.

Gerald M. Brown Jr., Pro-Se
#71461, Fl-39, P.O. Box 8274
Cranston, R.I. 02920