UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GERALD BROWN

v. C.A. 05-184ML

A. T. WALL, et al

ORDER

The Findings and Recommendation of United States Magistrate Judge Jacob Hagopian dated May 17, 2005, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). The Plaintiff's Complaint is dismissed for failure to state a claim upon which relief can be granted.

BY ORDER:

Mary M. Lisi
U.S. District Judge
May 25, 2005

Entered as an Order of this Court on May 25, 2005

Deputy Clerk

5