# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**GERALD BROWN**

**v.**

**C.A. NO: 05-184ML**

**ASHBEL T. WALL,**
**ANTHONY CAPRARO, RANDALL**
**WHITE, CATHERINE GIBRAN,**
**JOSEPH SMITH, MARK SMITH AND**
**JUDITH CROWELL**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered it's verdict.

[X] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment is hereby entered for the defendants, Ashbel T. Wall, Anthony Capraro, Randall White, Catherine Gibran, Joseph Smith, Mark Smith and Judith Crowell, against the plaintiff, Gerald Brown, pursuant to the Order dated May 25, 2005 dismissing the Complaint for failure to state a claim upon which relief can be granted.**

**Enter:**

Barbara Barletta
**Deputy Clerk**

**DATED: May 25, 2005**

6