UNITED STATES DISTRICT COURT FOR THE STATE OF RHODE ISLAND

DISTRICT OF RHODE ISLAND

FILE NUMBER CA. 05-184ML

GERALD N. BROWN JR. PRO-SE

V.

ASHBEL T. WALL
ANTHONY CAPRARO
RANDALL WHITE
CATHERINE GIBRAN
JOSEPH SMITH
MARK SMITH
JUDITH CROWELL

NOTICE OF APPEAL

FILED JUN 02 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

Notice is hereby given that, Gerald M. Brown Jr., Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the First Circuit from the final judgment of Justice Mary Lisi, dated 25 May 2005 dismissing plaintiff's 28 USC §§ 1983 1985 action as, failure to state a claim on which relief may be granted, on this the 31 day of May 2005.

Respectfully Submitted,

Gerald M. Brown Jr., Pro-Se
#71461. FL-39, P.O. Box 8274
Cranston, R.I. 02920