MANDATE

# United States Court of Appeals
## For the First Circuit

---

No. 05-1845

05-184
J. 452

GERALD M. BROWN, JR.,

Plaintiff, Appellant,

v.

A.T. WALL, DIRECTOR,
RHODE ISLAND DEPARTMENT OF CORRECTIONS, ET AL.,

Defendants, Appellees.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: OCT - 7 2005

---

Before

Boudin, Chief Judge,
Stahl, Senior Circuit Judge,
and Lynch, Circuit Judge.

---

**JUDGMENT**

Entered: September 16, 2005

Appellant Gerald M. Brown, Jr. appeals the district court's dismissal of his complaint for failure to state a claim. Appellant has failed to state a claim under both 42 U.S.C. §1985(3) and 42 U.S.C. §1983. Therefore, after careful review of the parties' filings and the record, the judgment of the district court dismissing appellant's complaint for failure to state a claim against all defendants is summarily affirmed. See 1st Cir. R. 27(c).

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: ______________________________
Chief Deputy Clerk.

Certified and Issued as Mandate under Fed. R. App. R 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: OCT - 7 2005

[cc: Gerald M. Brown, Jr., Patrick Lynch, AG, Thomas A. Palombo, AAG]